HENRY O'BAR, *Ex parte*.

*Appeal from Board of Registration of Franklin County.*

GREGG, J.

The opinion of the court in the case of *John F. Allen, ex parte*, determines this case.

The appeal is dismissed.